**Resa McCRAE, Plaintiff–Appellant,**

v.

**SHOPPERS FOOD WAREHOUSE CORP., Defendant–Appellee.**

**No. 12–1906.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 26, 2012.

Decided: Jan. 11, 2013.

David Ledyard–Marks, Law Office of Barry R. Glazer, P.C., Baltimore, Maryland, for Appellant. Mark A. Kohl, Decaro, Doran, Siciliano, Gallagher & Deblasis, LLP, Bowie, Maryland, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Resa McCrae appeals the magistrate judge's order[*] granting summary judgment in favor of Shoppers Food Warehouse Corp. ("Shoppers"), in her civil ac-

---

[*] With the consent of the parties, the magistrate judge exercised jurisdiction over this litigation, as authorized by 28 U.S.C. § 636(c)(1) (2006).

tion alleging negligence. McCrae argues that there is a genuine dispute of material fact as to whether a dangerous condition existed on Shoppers' premises, whether Shoppers created the dangerous condition, and whether Shoppers had constructive knowledge of the dangerous condition. Our review of the record and the briefs filed by the parties discloses no reversible error.

Accordingly, we affirm for the reasons stated by the magistrate judge. *McCrae v. Shoppers Food Warehouse Corp.*, No. 1:11–cv–01368–BPG, 2012 WL 2512774 (D. Md. June 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*